UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-4803-SK Date: August 25, 2026

Title Lesbia Mercedes Gonzalez Velsasquez v. Fereti Semaia, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER GRANTING PETITION**

The petition for writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED. **Lesbia Mercedes Gonzalez Velsasquez (A# 246-403-552)** is ORDERED RELEASED IMMEDIATELY from ICE custody under an official written order of release on bond with express notice of the terms of release and of the conditions on which release may be revoked. *See* 8 U.S.C. §§ 1226(a)(2), 1226(b); 8 C.F.R. § 236.1(c)(9). Judgment in petitioner's favor will be entered accordingly.

IT IS SO ORDERED.