JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESBIA MERCEDES GONZALEZ VELASQUEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-4803-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. **Lesbia Mercedes Gonzalez Velsasquez (A# 246-403-552)** is ORDERED RELEASED IMMEDIATELY from ICE custody under an official written order of release on bond with express notice of the terms of release and of the conditions on which release may be revoked.

DATED: August 25, 2026

STEVE KIM
United States Magistrate Judge